IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Deborah Diane Fletcher
5805 42nd Avenue Apt 617
Hyattsville, MD 20781
(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

Civil No.: JFM 13 CV 2940
(Leave blank. To be filled in by Court.)

Albert Einstein Medical Center
President
5501 Old York Road
Phildelphia, PA
19141
(Full name and address of the defendant(s))
**Defendant(s)**

******

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2013 OCT -7 A 9:43
CLERK'S OFFICE
AT GREENBELT
BY _____ DEPUTY

**COMPLAINT**

1. Jurisdiction in this case is based on:

   ☒ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

2. The facts of this case are:

On May 7, 1969 Plaintiff went into label. She enter the Defendant place of business and was told that she was in a bleach label. The infant they gave the Plaintiff at that time was not a baby from a C-Section, by looking at his head. The infant also had hair on his head at birth and with a bleach birth many are born.

3. The relief I want the court to order is:

☒ Damages in the amount of: $7,000,000 plus

☐ An injunction ordering: _____

☐ Other (explain) _____

10/07/2013
(Date)

*Deborah Diane Fletcher*
(Signature)

Deborah Diane Fletcher
5805 42nd Ave Apt 617
Hyattsville, MD 20781
(301) 209-8417
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.